

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN 11, TEXAS


Gerald C. Mann
ATTORNEY GENERAL

May 1, 1939

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-714
Re: Authority of Comptroller to issue
warrant to pay funeral expenses of
deceased janitor of State Senate.

Your letter of Arpil 26, 1939 requests of this Department an opinion as
to whether your Department is authorized to issue a warrant in payment of
the account of W. H. Fuller, Funeral Director, for the funeral expenses
of Tom Burton, who was on the payroll of the State Senate as Janitor at
the time of his death.

To your letter was attached the claim, which is returned to you herewith.

Section 3 of Article 8 of the Texas Constitution provides as follows:

"Taxes shall be levied and collected by general laws and for public
purposes only."

Section 51 of Article 3 of the Texas Constitution provides in part as
follows:

"The Legislature shall have no power to make any grant or authorize
the making of any grant of public money to any individual, assoc-
iation of individuals, municipal or other corporations whatsoever,...."

Section 6 of Article 16 of the Texas Constitution provides as follows:

"No appropriation for private or individual purposes shall be made.
A regular statement, under oath, and an account of the receipts and
expenditures of all public money shall be published annually, in
such manner as shall be prescribed by law."

Upon the authority of the citations from the Texas Constitution above quoted, you are advised that it is our opinion that your Department is not authorized to issue a warrant in payment of this claim.

Yours very truly

ATTORNEY GENERAL OF TEXAS

S/ R. W. Fairchild


By
R. W. Fairchild
Assistant

RWF:PEP:LDW

ENCLOSURE

APPROVED:

s/ Gerald C. Mann

By
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS